IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:09-00219 |
| v. ) | JUDGE HAYNES |
| ) | |
| METROPOLITAN GOVERNMENT ) | |
| OF DAVIDSON COUNTY/NASHVILLE - ) | |
| DAVIDSON COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Secretary's motion to dismiss (Docket Entry No. 12) is **GRANTED**, but only upon the bases stated in the Memorandum

It is so **ORDERED**.

**ENTERED** this the _18th_ day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge