IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUANA VILLEGAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-0219 |
| | ) |
| THE METROPOLITAN GOVERNMENT OF | ) Judge Haynes |
| NASHVILLE AND DAVIDSON COUNTY, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO SET TRIAL DATE AND OTHER CASE MANAGEMENT DEADLINES

The parties jointly request that the Court enter the attached proposed case management deadlines to govern further proceedings in this case, and that the Court set this matter for trial. The parties are available and request that the Court set this matter for trial on one of the following agreed dates: March 1st, March 8th, March 15th, March 22nd, or March 29th of 2011.

*[Handwritten note: This motion is granted. Trial is set for March 1, 2011 with the final pretrial conference on February 14, 2011 at 3:00 pm. /s/ [signature] 5-26-10]*

Respectfully submitted,

/s/ Allison L. Bussell
Kevin C. Klein (No. 23301)
Allison L. Bussell (No. 23538)
Metropolitan Department of Law
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
615.862.6341
*Counsel for the Metropolitan Government*

/s/ Phillip F. Cramer
William L. Harbinson (No. 7012)
Phillip F. Cramer (No. 20697)
John L. Farringer IV (No. 22783)
Sherrard & Roe, PLC
424 Church Street, Suite 2000
Nashville, TN 37219
615.742.4200

R:\L\L\L-14000+\L-14972\Pleadings\Motions & MOL\JtMotSetCMO&Trial.doc
Case 3:09-cv-00219   Document 59   Filed 05/24/10   Page 1 of 2 PageID #: 464

Case 3:09-cv-00219   Document 60   Filed 05/26/10   Page 1 of 1 PageID #: 469