IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JUANA VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0219 |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) | Judge Haynes |
| | ) | |
| Defendant. | ) | |

## CASE MANAGEMENT ORDER NO. 4

Pursuant to the agreement of Plaintiff Juana Villegas and Defendant Metropolitan Government of Nashville and Davidson County, as evidenced by the signatures of counsel below, the Court orders that the following deadlines govern further proceedings in this case:

1. All discovery, including depositions of fact witnesses, shall be completed by the close of business on Friday, July 30, 2010, unless otherwise agreed by the parties.

2. All discovery-related statement shall be filed by the close of business on Friday, August 27, 2010.

3. By the close of business on Monday, August 9, 2010, the Plaintiff shall declare to the Defendant (but not file with the Court) the identity of her expert witnesses and provide all information specified in Federal Rule of Civil Procedure 26(a)(2)(B).

4. By the close of business on Friday, September 10, 2010, the Defendant shall declare to the Plaintiff (but not file with the Court) the identity of its expert witnesses and provide all information specified in Federal Rule of Civil Procedure 26(a)(2)(B).

5. Any supplements to expert reports shall be declared to the opposing party by the close of business on Friday, September 24, 2010. There shall not be any rebuttal expert witnesses.

R:\L\L\L-14000+\L-14972\Orders\CMO4proposed.doc
Case 3:09-cv-00219   Document 59-1   Filed 05/24/10   Page 1 of 3 PageID #: 466
Case 3:09-cv-00219   Document 61   Filed 05/26/10   Page 1 of 2 PageID #: 470

6. All dispositive motions shall be filed on or before Friday, October 15, 2010 and any response thereto shall be filed on or before Monday, November 15, 2010. Any reply that is invited by the Court or for which leave to file is granted shall be filed by the close of business on Monday, November 22, 2010.

7. The trial of this matter shall be set for _March 1, 2011 at 9:00a_

All other deadlines and matters set forth in Case Management Orders No. 1-3 not amended specifically above remain unchanged by this Order.

It is so **ORDERED**.

Entered this 26th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge

R:\L\L\L-14000+\L-14972\Orders\CMO4proposed.doc
2
Case 3:09-cv-00219  Document 59-1  Filed 05/24/10  Page 2 of 3 PageID #: 467

Case 3:09-cv-00219  Document 61  Filed 05/26/10  Page 2 of 2 PageID #: 471