IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUANA VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0219 |
| | ) | |
| THE METROPOLITAN GOVERNMENT | ) | Judge Haynes |
| OF DAVIDSON COUNTY/NASHVILLE -- | ) | |
| DAVIDSON COUNTY SHERIFF'S | ) | |
| OFFICE, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

*[Handwritten: ORDER. This motion is granted. 11-10-10]*

On October 22, 2010, Plaintiff Juana Villegas filed a motion for partial summary judgment, an accompanying statement of undisputed material facts, and an accompanying memorandum of law. Ms. Villegas' memorandum of law (similar to the memorandum of law filed by Defendant Metro in support of its motion on the same day) was under twenty-five pages long in accordance with Local Rule 7.01(e). Counsel for Ms. Villegas inadvertently failed to recognize that the initial case management order in this case provided in footnote two that memoranda were limited twenty (20) pages, and apologizes for the oversight.

Accordingly, Ms. Villegas respectfully moves the Court for permission to exceed the page limit and accept the entirety of her memorandum of law filed on October 22, 2010 [Doc. No. 85].