IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-0219 |
| ) | |
| THE METROPOLITAN GOVERNMENT ) | Judge Haynes |
| OF DAVIDSON COUNTY/NASHVILLE -- ) | |
| DAVIDSON COUNTY SHERIFF'S ) | |
| OFFICE, et al. ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiff Juana Villegas respectfully moves the Court for permission to exceed the twenty (20) page limit set forth in the initial case management order and to accept the entirety of her response in opposition to Metro's motion for summary judgment. The substantive portion of Ms. Villegas' response is twenty-two (22) pages. Ms. Villegas notes that Metro's memorandum in support of its motion to which this response is directed was over twenty-five (25) pages.

Respectfully Submitted,

SHERRARD & ROE, PLC

/s/ John L. Farringer IV
William L. Harbison (No. 7012)
Phillip F. Cramer (No. 20697)
John L. Farringer IV (No. 22783)
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 742-4200
bharbison@sherrardroe.com
pcramer@sherrardroe.com
jfarringer@sherrardroe.com

[Handwritten annotation: "This motion is granted. WJH 11-25-10"]