IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUANA VILLEGAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-0219 |
| | ) |
| THE METROPOLITAN GOVERNMENT OF | ) Judge Haynes |
| NASHVILLE AND DAVIDSON COUNTY, | ) |
| | ) |
| Defendant. | ) |

[Handwritten notation: *DEN SA. This motion is GRANTED. Will [signature] WJH 1-25-7(?)*]

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Simultaneously with this motion, the Metropolitan Government of Nashville and Davidson County has filed a 23-page response in opposition to Plaintiff's motion for partial summary judgment. This case involves a number of claims and factual issues that are somewhat novel and that require thorough analysis. In order to thoroughly respond to Plaintiff's motion for partial summary judgment, Metro hereby moves to exceed the Court's 20-page limitation on legal memoranda by three pages.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
Sue B. Cain, #9380, Director of Law

s/Allison L. Bussell
Kevin C. Klein, #22301
Allison L. Bussell, #23538
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341