IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUANA VILLEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-0219 |
| ) | |
| THE METROPOLITAN GOVERNMENT OF ) | Judge Haynes |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SCHEDULING CONFLICT

The Metropolitan Government of Nashville and Davidson County hereby provides **NOTICE** of a conflict with one of the trial dates proposed by the parties. Specifically, Metro requests that the Court exclude the week of **August 9th** from the proposed trial dates in this case. Metro's party representative is scheduled to be out of state during that time and will not be available for trial. Metro apologizes for overlooking this conflict and respectfully requests that the Court not set this case for trial during the week of August 9th. All other trial dates proposed – August 2nd, August 16th, August 23rd, and June 21st – are available.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
Sue B. Cain, #9380, Director of Law

/s/ Allison L. Bussell
Kevin C. Klein, #22301
Allison L. Bussell, #23538
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

## Certificate Of Service

I hereby certify that a copy of the foregoing has been served electronically on William L. Harbison, Phillip F. Cramer, and John L. Farringer, IV, 424 Church Street, Suite 2000, Nashville, Tennessee 37219; and Elliott Ozment, 1214 Murfreesboro Pike, Nashville, Tennessee, 37217; on this 26th day of January, 2011.

/s/ Allison L. Bussell
Allison L. Bussell