IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUANA VILLEGAS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0219 |
| | ) | |
| THE METROPOLITAN GOVERNMENT | ) | Judge Haynes |
| OF DAVIDSON COUNTY/NASHVILLE -- | ) | |
| DAVIDSON COUNTY SHERIFF'S | ) | JURY DEMAND |
| OFFICE, et al. | ) | |
| | ) | |
|    Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective February 28, 2011, the mailing address for the undersigned counsel and Sherrard & Roe PLC's office will change to 150 3rd Avenue South, Suite 1100, Nashville, TN 37201.

DATED this 16th day of February, 2011.

Respectfully Submitted,

*/s/ Phillip F. Cramer*
William L. Harbison (No. 7012)
Phillip F. Cramer (No. 20697)
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 742-4200
bharbison@sherrardroe.com
pcramer@sherrardroe.com
jfarringer@sherrardroe.com

*Attorneys for Juana Villegas*


## CERTIFICATE OF SERVICE

      Service of the foregoing was accomplished through the Court's Electronic Filing System on this 16th day of February, 2011, upon the following:

Kevin Klein
Allison Bussell
Metropolitan Department of Law
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
Kevin.Klein@nashville.gov
Allison.Bussell@nashville.gov

                                                */s/ Phillip F. Cramer*