IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUANA VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-00219 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | |
| OF DAVIDSON COUNTY/NASHVILLE | ) | |
| DAVIDSON COUNTY SHERIFF'S | ) | |
| OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for partial summary judgment (Docket Entry No. 84) is **GRANTED** on Plaintiff's Fourteenth Amendment claim for the Defendants' shackling of her during the final stages of her labor and subsequent post-partum recovery. Plaintiff's breach of contract claim is **DISMISSED** without prejudice for lack of subject matter jurisdiction and as a matter of comity, Plaintiff's state law claims are **DISMISSED** without prejudice. To this extent, the Defendants' motion for summary judgment (Docket Entry No. 77) is **GRANTED in part and DENIED in part.** Counsel for the parties have twenty (20) days from the date of entry of this Order to submit an Agreed Order for a hearing on damages.

It is so **ORDERED.**

ENTERED this the 27th day of April, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge