# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUANA VILLEGAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:09-0219 ) |
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) Judge Haynes ) ) ) |
| Defendant. | ) ) |

## AGREED ORDER SETTING HEARING ON DAMAGES

On April 27, 2011, the Court granted partial summary judgment to Plaintiff Juana Villegas "on her Fourteenth Amendment claim for the Defendants' shackling of her during Plaintiff's active final stages of labor and subsequent postpartum recovery and denial of breast pump." In so doing, the Court resolved all other claims and issues with the exception of the relief to which Plaintiff may be entitled. The Court directed the parties to submit an Agreed Order setting a hearing on damages.

The parties anticipate that the proof at this hearing will take approximately two days. The parties have informally disclosed the witnesses they expect to provide testimony. The parties each request 15 minutes for an opening statement and 15 minutes for closing arguments. All material testimony will be limited to the issue of damages; to the extent equitable or injunctive relief is sought, the parties will brief the issue for the Court after the hearing on damages.

The parties have been checking the availability of their expected witnesses and would ask for the opportunity to confer with the Court as to available dates between August and October 2011. Additionally, the parties propose the following pre-hearing deadlines:

<u>30 days before the hearing:</u> Exchange witness and exhibit lists; exchange deposition designations.

<u>20 days before the hearing:</u> Exchange counter-deposition designations; file motions in limine.

<u>10 days before the hearing:</u> File responses to motions in limine.

<u>7 days before the hearing</u>: File witness and exhibit lists, deposition designations, pre-trial order, pre-trial brief on recoverable damages, jury instructions, verdict form, stipulations, and objections otherwise required under LR39.01(d)(1).

Consistent with LR54.01, Plaintiff will submit her petition for attorneys fees and expenses to the Court within 30 days of entry of final judgment.

*Trial is set for August 16, 2011 at 9:00 am*

IT IS SO ORDERED.

_____
HONORABLE WILLIAM J. HAYNES

APPROVED FOR ENTRY:

/s/ Phillip F. Cramer
William L. Harbison (No. 7012)
Phillip F. Cramer (No. 20697) John
L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC 424
Church Street, Suite 2000 Nashville,
TN 37219
(615) 742-4200
bharbison@sherrardroe.com
pcramer@sherrardroe.com
jfarringer@sherrardroe.com

*Attorneys for Juana Villegas*

R:\L\L\L-14000+\L-14972\Orders\Prop Agrd Order_Damages Hrg_Villegas.doc 2
Case 3:09-cv-00219 Document 118-1 Filed 05/17/11 Page 2 of 3 PageID #: 2588
Case 3:09-cv-00219 Document 120 Filed 05/27/11 Page 2 of 2 PageID #: 2634