IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-0219 |
| ) | |
| THE METROPOLITAN GOVERNMENT ) | Judge Haynes |
| OF DAVIDSON COUNTY/NASHVILLE -- ) | |
| DAVIDSON COUNTY SHERIFF'S ) | JURY DEMAND |
| OFFICE, et al., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO SET PRE-TRIAL CONFERENCE

The parties respectfully request that the Court set a pre-trial conference in this case, should the Court's schedule permit. This case is set for a trial on damages to begin Tuesday, August 16, 2011.

After the Court's summary judgment ruling, at the Court's request, the parties submitted agreed-upon dates for the hearing on damages. The hearing was thereafter set for Tuesday, August 16, 2011. In preparing for trial, however, the parties have recognized that a pre-trial conference has not been set. In hopes of streamlining issues and preventing unnecessary delay for the Court and jurors on the first day of trial, the parties respectfully request that the Court set a pretrial conference, if the Court's schedule permits. Undersigned counsel are available for a conference anytime on August 8th, 9th, 10th, or 12th, and in the afternoon hours on August 15th.

Respectfully Submitted,


*/s/ John L. Farringer IV*
William L. Harbison (No. 7012)
Phillip F. Cramer (No. 20697)
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
424 Church Street, Suite 2000
Nashville, TN  37219
(615) 742-4200
bharbison@sherrardroe.com
pcramer@sherrardroe.com
jfarringer@sherrardroe.com

Elliott Ozment (No. 4331)
IMMIGRATION LAW OFFICES OF
ELLIOT OZMENT
1214 Murfreesboro Pike
Nashville, TN 37217
(615) 321-8888
elliott@ozmentlaw.com

*Attorneys for Juana Villegas*



*/s/ Allison L. Bussell w/p JLF*
Kevin C. Klein (No. 23301)
Allison L. Bussell (No. 23538)
METROPOLITAN DEPARTMENT OF LAW
SUE B. CAIN, DIRECTOR OF LAW
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN  37219
615.862.6341

*Counsel for the Metropolitan Government*

2

## **CERTIFICATE OF SERVICE**

Service of the foregoing was accomplished through the Court's Electronic Filing System on this 5th day of August, 2011, upon the following:

Kevin Klein
Allison Bussell
Metropolitan Department of Law
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
Kevin.Klein@nashville.gov
Allison.Bussell@nashville.gov

*/s/ John L. Farringer IV*