# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>THE METROPOLITAN GOVERNMENT )<br>OF DAVIDSON COUNTY/NASHVILLE -- )<br>DAVIDSON COUNTY SHERIFF'S )<br>OFFICE, et al., )<br>)<br>   Defendant. ) | No. 3:09-0219<br><br>Judge Haynes<br><br>JURY DEMAND |

## MOTION TO SUBMIT JUROR QUESTIONNAIRE IN AID OF VOIR DIRE

Plaintiff Juana Villegas respectfully requests that the Court provide a written juror questionnaire to potential jurors during orientation or at the time they are empanelled and before voir dire in order to assist in the jury selection process and provide information beneficial to the Court and both parties before the start of formal voir dire. Attached hereto as <u>Exhibit A</u> is a brief proposed juror questionnaire prepared by Ms. Villegas that seeks to elicit information in a streamlined fashion that she believes would be beneficial to the Court and the parties. Ms. Villegas provided a draft of the attached proposed questionnaire to the Metropolitan Government of Davidson County—Davidson County Sheriff's Office ("Metro") on July 18, 2011. As of the filing of this motion, Metro has not requested the addition or deletion of any of the questions posed in the proposed questionnaire.

Respectfully Submitted,

*/s/ John L. Farringer IV*
William L. Harbison (No. 7012)
Phillip F. Cramer (No. 20697)
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 742-4200
bharbison@sherrardroe.com
pcramer@sherrardroe.com
jfarringer@sherrardroe.com

Elliott Ozment (No. 4331)
IMMIGRATION LAW OFFICES OF
ELLIOT OZMENT
1214 Murfreesboro Pike
Nashville, TN 37217
(615) 321-8888
elliott@ozmentlaw.com

*Attorneys for Juana Villegas*

### CERTIFICATE OF SERVICE

Service of the foregoing was accomplished through the Court's Electronic Filing System on this 5th day of August, 2011, upon the following:

Kevin Klein
Allison Bussell
Metropolitan Department of Law
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
Kevin.Klein@nashville.gov
Allison.Bussell@nashville.gov

*/s/ John L. Farringer IV*