**PLEASE ANSWER EACH OF THE FOLLOWING QUESTIONS AS ACCURATELY AND TRUTHFULLY AS POSSIBLE. THERE ARE NO "RIGHT" OR "WRONG" ANSWERS. PLEASE <u>DO NOT</u> SKIP ANY QUESTIONS AND <u>DO NOT</u> WRITE ON THE BACK OF ANY PAGE.**

1. Name_____ 2. Age_____

3. Maiden name (if applicable)_____

4. Occupation_____

5. Employer (if applicable)_____ 6. How long?_____

7. Please give a brief description of your work responsibilities_____
_____

8. Do you manage or supervise other employees? (circle one)    Yes    No

   If yes, how many?_____

9. Did you receive any special training by your employer? (circle one)    Yes    No

   If so, please describe_____

10. Highest level of education completed_____

11. If college or vocational training, what was your major or primary subject matter?
_____

12. Please list below 1) all organizations (civic, social, union, professional, religious, charitable, neighborhood groups, etc.) in which you are actively involved. Then indicate 2) any leadership positions you hold in the group, and 3) the type of contribution you make (time, money, talent, etc.).

   *1) Organization's Name*    *2) Leadership position*    *3) Type of contribution*
                                  *(if applicable)*

   _____    _____    _____

   _____    _____    _____

   _____    _____    _____

13. What are your hobbies, major interests, and spare-time activities?_____
_____

1

14. City or town where you currently live_____

15. Were you raised elsewhere? (circle one)     Yes     No

   If so, where?_____

16. What is your marital status?_____

17. Please list below every person who lives at your current residence. Include 1) that person's relationship to you (wife, son, boyfriend, roommate, etc), 2) that person's age, and 3) that person's occupation and employer (if applicable).

   *1) Relationship*          *2) Age*          *3) Occupation & Employer*

   _____      _____           _____

   _____      _____           _____

   _____      _____           _____

   _____      _____           _____

   _____      _____           _____

18. Do you have any children (adults or minors) that do not live with you?     Yes     No

   If so, what are their ages?_____

19. In this case Judge Haynes has already determined that the defendant violated the plaintiff's civil rights. The remaining issue involves compensation for the damages. The defendant in this case is the Davidson County Sheriff's Department. Knowing that the award would come from the Sheriff's Department, would you have any trouble awarding money to the plaintiff for her injuries?     Yes     Maybe     No

   If yes or maybe, please explain_____

   _____

20. Do you have any religious or moral beliefs that would prevent you from sitting in judgment of the parties in this case? (circle one)     Yes     No

   If yes, please explain _____

21. Have you ever served on a jury for a *civil* case? (circle one)     Yes     No
   If so, did the case reach a verdict?     Yes     No
   If so, what was the verdict?_____

2

22. Have you ever served on a jury for a *criminal* case? (circle one)     Yes     No
    If so, did the case reach a verdict?     Yes     No
    If so, what was the verdict?_____

23. How often do you interact with minorities in your daily life, including at work, in your neighborhood, and around town? (check the most accurate)
_____Very rarely
_____A couple times per week
_____About once per day
_____More than once per day

24. Please check the appropriate box to indicate which of the following applies to 1) you, 2) a family member, or 3) a close friend. (Check all that apply)

|  | 1) Myself | 2) Family Member | 3) Close Friend |
|---|---|---|---|
| Current business owner | [ ] | [ ] | [ ] |
| Former business owner | [ ] | [ ] | [ ] |
| Ever been sued | [ ] | [ ] | [ ] |
| Ever sued someone else | [ ] | [ ] | [ ] |
| Ever employed by: | | | |
|     Law firm | [ ] | [ ] | [ ] |
|     Medical office/hospital | [ ] | [ ] | [ ] |
|     Law enforcement | [ ] | [ ] | [ ] |
|     Military | [ ] | [ ] | [ ] |

25. Please give a brief description for each topic that applied to <u>you</u> in the previous section.
_____

_____

_____

26. If you are familiar with any of the following people, please circle that person's name. Next to the name give a brief description of how you know that person. If you are uncertain about a particular name, please circle the name.

Allison Bussell                          Sheriff Daron Hall
Robert Barth, Ph.D.                      Bill Harbison
Cirilo Carachure                         Maggie Hernandez
Lisbedth Cardona, RN                     Kevin Klein
Officer Tim Coleman                      Bennett Spetalnick, MD
Phillip Cramer                           Sandra Torrente, MD
Jill DeBona, MD                          Juana Villegas
John Farringer

3

27. Do you believe (circle one answer for each question)

| | | | |
|---|---|---|---|
| There are too many lawsuits? | Yes | Maybe | No |
| People are generally too quick to sue? | Yes | Maybe | No |
| Jury awards are too high? | Yes | Maybe | No |
| There should be a cap on money damages the jury can award in a civil trial? | Yes | Maybe | No |

28. If you replied "yes" or "maybe" to any of the previous four questions, how strongly do you feel about the need for reform? (circle one)

    Not strongly    Moderately strong    Very strong

29. Please explain your answer to the previous question. _____

_____

30. This trial is expected to last approximately two days, beginning August 16. Inconvenience alone is not a sufficient reason to be excused from jury duty. Only substantial hardships will justify being excused. Do you have a substantial hardship that will make it impossible for you to serve as a juror from 9:00 a.m. to 5:00 p.m., Tuesday and Wednesday? (circle one)    Yes    No

    If yes, please explain _____

31. Do you have any physical, mental, or emotional problems that will make it difficult for you to serve as a juror? (circle one)    Yes    No

    If yes, please explain (Or write "CONFIDENTIAL" if you wish to discuss this issue in private.)

_____

_____

32. Is there anything else the attorneys should know about you prior to jury selection? (circle one)    Yes    No

    If yes, please explain (Or write "CONFIDENTIAL" if you wish to discuss this issue in private.)

_____

_____

By signing your name below you declare, under penalty of perjury, that the responses on this questionnaire are true and accurate to the best of your knowledge.

    _____
    SIGNATURE

4