IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUANA VILLEGAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE METROPOLITAN GOVERNMENT OF )<br>NASHVILLE AND DAVIDSON COUNTY, )<br>)<br>Defendant. ) | No. 3:09-0219<br><br>Judge Haynes |

## THE METROPOLITAN GOVERNMENT'S EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B) and the Court's Order Setting this case for a trial on damages (Doc. No. 120), the Metropolitan Government submits the following exhibit list:

**I.    Exhibits That the Metropolitan Government Expects To Offer.**

1. *Curriculum Vitae* of Dr. Bennett Spetalnick;

2. *Curriculum Vitae* of Dr. Robert Barth;

3. Plaintiff's medical records from Nashville General Hospital (Bates Nos. 003647-003696, 003723-003814);

4. Psychological testing of Dr. Boero;

5. Excerpts from Expert Report of Lisbedth Cardona;

6. Excerpts from Expert Report of Dr. Jorge Boero;

7. Excerpts from Expert Report of Dr. Jill DeBona;

8. Excerpts from Expert Report of Dr. Sandra Torrente;

9. Plaintiff's medical records from Cool Springs Family Medicine (Bates No. 3817-3824);

10. *Villegas De La Paz v. Holder*, 614 F.3d 605 (6th Cir. 2010); and

11. *Villegas De La Paz v. Holder*, 640 F.3d 650 (6th Cir. 2010).

**II. Exhibits That the Metropolitan Government May Offer if the Need Arises.**

12. Intake Report of Lisbedth Cardona;

13. Intake Assessment from New Day Psychiatric Services;

14. Dr. DeBona's notes from interview of Plaintiff;

15. Dr. Torrente's notes from interview of Plaintiff;

16. Plaintiff's medical records from Vanderbilt University (Bates Nos. 1966-2003);

17. Arrest Report (Bates Nos. 003509-003512);

18. Mittimus for Appearance (Bates No. 000002);

19. General Sessions Night Court Conditions of Release Order (Bates No. 000003);

20. Correct Care Solutions Records, Order to the Jailer / Pregnancy (Bates No. 000119);

21. Correct Care Solutions Records, Intake Provider Orders Pregnancy (Bates No. 000121);

22. Davidson County Sheriff's Office Log Book (Bates Nos. 000080-000087);

23. Correct Care Solutions Records, Provider Orders (Bates No. 000006);

24. Nashville General Hospital Discharge Instructions (Bates Nos. 000129-000133);

25. Correct Care Solutions Medication Administration Record (Bates No. 134);

26. Tennessee Department of State Questionnaire (Villegas Depo Ex. 10);

27. Plaintiff's Interrogatory Responses;

28. Plaintiff's Responses to Request for Admissions;

29. Plaintiff's Deposition;

30. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition;

31. Posttraumatic Stress Disorder in Litigation: Guidelines for Forensic Assessment;

32. Any documents identified by Plaintiff; and

33. Any exhibits necessary for rebuttal.

Respectfully submitted,

/s/ Kevin C. Klein
Kevin C. Klein, #22301
Allison L. Bussell, #23538
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

*Counsel for the Metropolitan Government*

### Certificate Of Service

I hereby certify that a copy of the foregoing has been served electronically on William L. Harbison, Phillip F. Cramer, and John L. Farringer, IV, 424 Church Street, Suite 2000, Nashville, Tennessee 37219; and Elliott Ozment, 1214 Murfreesboro Pike, Nashville, Tennessee, 37217; on this 9th day of August, 2011.

s/ Kevin C. Klein
Kevin C. Klein