IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JUANA VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0219 |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF | ) | Judge Haynes |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## **THE METROPOLITAN GOVERNMENT'S WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B) and the Court's Order setting this case for a trial on damages (Doc. No. 120), the Metropolitan Government submits the following witness list:

**I.  Witnesses Who the Metropolitan Government Expects To Call.**

1. Dr. Bennett Spetalnick;

2. Dr. Robert Barth; and

3. Plaintiff.

**II. Witnesses Who the Metropolitan Government May Call if the Need Arises.**

4. Sheriff Daron Hall;

5. Corporal Brandi Moore;

6. Corporal David Peralta;

7. Corporal David Humphries;

8. Any witnesses identified or called by Plaintiff; and

9. Any witness necessary for rebuttal.

Respectfully submitted,

/s/ Kevin C. Klein
Kevin C. Klein, #22301
Allison L. Bussell, #23538
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

*Counsel for the Metropolitan Government*

## Certificate Of Service

I hereby certify that a copy of the foregoing has been served electronically on William L. Harbison, Phillip F. Cramer, and John L. Farringer, IV, 424 Church Street, Suite 2000, Nashville, Tennessee 37219; and Elliott Ozment, 1214 Murfreesboro Pike, Nashville, Tennessee, 37217; on this 9th day of August, 2011.

s/ Kevin C. Klein
Kevin C. Klein