IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JUANA VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0219 |
| | ) | |
| THE METROPOLITAN GOVERNMENT OF | ) | Judge Haynes |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## METROPOLITAN GOVERNMENT'S PROPOSED VERDICT FORM

The Metropolitan Government of Nashville and Davidson County files the attached proposed verdict form for purposes of the hearing on damages, set to begin August 16, 2011.

> THE DEPARTMENT OF LAW OF THE
> METROPOLITAN GOVERNMENT OF
> NASHVILLE AND DAVIDSON COUNTY
> Sue B. Cain, #9380, Director of Law
>
> /s/ Allison L. Bussell_____
> Kevin C. Klein, #22301
> Allison L. Bussell, #23538
> Assistant Metropolitan Attorneys
> P.O. Box 196300
> Nashville, Tennessee 37219
> (615) 862-6341

### Certificate Of Service

I hereby certify that a copy of the foregoing has been served electronically on William L. Harbison, Phillip F. Cramer, and John L. Farringer, IV, 424 Church Street, Suite 2000, Nashville, Tennessee 37219; and Elliott Ozment, 1214 Murfreesboro Pike, Nashville, Tennessee, 37217; on this 9th day of August, 2011.

> /s/ Allison L. Bussell_____
> Allison L. Bussell

# **VERDICT FORM**

1. Do you find that plaintiff Juana Villegas has established by a preponderance of the evidence that she is entitled to an award of compensatory damages against the Metropolitan Government of Nashville and Davidson County?

      YES  _____           NO  _____

If you answered "YES" to question 1, proceed to question 2. If you answered "NO" to question 1, skip to question 3 and award plaintiff one dollar ($1.00) in nominal damages.

2. What amount of compensatory damages is plaintiff Juana Villegas entitled to against the Metropolitan Government of Nashville and Davidson County?

      $ _____

If you awarded compensatory damages, skip question 3 and have the foreperson sign and date this form.

3. What amount of nominal damages is plaintiff Juana Villegas entitled to against the Metropolitan Government of Nashville and Davidson County?

      $ _____

_____
FOREPERSON

_____
DATE

_____
TIME