IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:09-cv-219 |
| METROPOLITAN ) | Judge Haynes |
| GOVERNMENT OF DAVIDSON ) | |
| COUNTY/NASHVILLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S FINAL EXHIBIT LIST

1. Barth website

2. Barth prior testimony/reports and articles/books written and/or cited

3. Demonstrative exhibits regarding damages

4. DeBona expert reports, with exhibits

5. Texts referenced by Jill DeBona's reports

6. American Psychiatric Association's diagnostic manual

7. Cardona expert report, with exhibits

8. Torrente expert report, with exhibits

9. Court's memorandum opinion

10. Shackles/restraints

11. Any exhibits identified by Defendant

12. Any exhibits necessary for rebuttal

Respectfully Submitted,

*/s/ John L. Farringer IV*
William L. Harbison (No. 7012)
Phillip F. Cramer (No. 20697)
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 742-4200
bharbison@sherrardroe.com
pcramer@sherrardroe.com
jfarringer@sherrardroe.com

Elliott Ozment (No. 4331)
IMMIGRATION LAW OFFICES OF
ELLIOT OZMENT
1214 Murfreesboro Pike
Nashville, TN 37217
(615) 321-8888
elliott@ozmentlaw.com

*Attorneys for Juana Villegas*

## CERTIFICATE OF SERVICE

Service of the foregoing was accomplished through the Court's Electronic Filing System on this 9th day of August, 2011, upon the following:

Kevin Klein
Allison Bussell
Metropolitan Department of Law
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
Kevin.Klein@nashville.gov
Allison.Bussell@nashville.gov

*/s/ John L. Farringer IV*