# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

JUANA VILLEGAS

V.

METRO GOVERNMENT, et al

## EXHIBIT AND WITNESS LIST

Case Number: 3:09cv-0219

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WILLIAM J. HAYNES, JR. | HARRY ELLIOTT OZMENT | ALLISON BUSSELL & KEVIN KLEIN |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/16/11-8/18/2011 | PEGGY TURNER | Megan Gregory/Jessica Bourne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 8/16/2011 | | | Dr. Jill DeBona |
| 1 | | 8/16/2011 | X | X | Dr. Jill De Bona's Curriculum Vitae |
| 2 | | 8/16/2011 | X | X | Estimate Cost of Medical Care and Treatment |
| 3 | | 8/16/2011 | X | X | Initial Expert Report of Lisbedth Cardona, MSN, MA, PMHNP-BC, LADAC - August 9, 2010 |
| | 33 | 8/17/2011 | X | X | Medical Records Custodian Affidavit-Mark King |
| | 3a | 8/17/2011 | X | X | Affidavit of Custodian of Medical Records-Jana Gallemore- June 10, 2009 |
| | 3b | 8/17/2011 | X | X | Affidavit of Custodian of Medical Records-Bonnie Paugh- June 22, 2011 |
| | 16 | 8/17/2011 | ID | | Affidavit of Medical Records Custodian-Freda Scott |
| | 9 | 8/17/2011 | X | X | Plaintiff's Vaccine Administration Record |
| W | | 8/17/2011 | | | Plaintiff Juana Villegas |
| 4 | | 8/17/2011 | X | X | Shackles-hand restraints |
| 5 | | 8/17/2011 | X | X | Shackles-leg restraints |
| | 36 | 8/17/2011 | ID | | Trial statement of Dr. Robert Barth |
| | 37 | 8/17/2011 | ID | | Trial statement of Dr. Bennett Spetelnick |
| | 6 | 8/17/2011 | X | X | Expert Report of Dr. Jorge Boero |
| | 7a | 8/17/2011 | X | X | Expert Report of Dr. Jill DeBona 1 |
| | 7b | 8/17/2011 | X | X | Expert Report of Dr. Jill DeBona 2 |
| | 7c | 8/17/2011 | X | X | Expert Report of Dr. Jill DeBona 3 |
| | W | 8/17/2011 | | | Maggie Hernandez |
| | 35 | 8/17/2011 | ID | | Baptist Medical Records |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.