IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUANA VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-0219 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON | ) | |
| COUNTY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

1. Do you find that plaintiff Juana Villegas has established by a preponderance of the evidence that she is entitled to an award of compensatory damages against the Metropolitan Government of Nashville and Davidson County?

    YES ✓   NO ____

If you answered "YES" to question 1, proceed to question 2. If you answered "NO" to question 1, skip to question 3 and award plaintiff one dollar ($1.00) in nominal damages.

2. What amount of compensatory damages is plaintiff Juana Villegas entitled to against the Metropolitan Government of Nashville and Davidson County?

    $ 200,000

If you awarded compensatory damages, skip question 3 and have the foreperson sign and date this form.

3. What amount of nominal damages is plaintiff Juana Villegas entitled to against the Metropolitan Government of Nashville and Davidson County?

    $ _____

_____      8/18/2011
FOREPERSON                  DATE