## Briggs & Associates

1339 Sydney Terrace
Mt. Juliet, TN 37122

# INVOICE

Number: :W 1266

Date: July 11, 2010

**Bill To:**
Phillip Cramer
424 Church Street
Suite 2000
Nashville, TN 37219

**Ship To:**

| PO Number | Terms | Project |
|---|---|---|
| | TAX ID REDACTED | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6-28-10 | Transcript, volume 1, copy | 135.00 | 2.65 | 357.75 |
| | Transcript, volume 2, copy | 72.00 | 2.65 | 190.80 |
| | exhibits | 72.00 | 0.25 | 18.00 |
| | e-transcript | 30.00 | 2.00 | 60.00 |

Deposition of Juana Villegas

Juana Villegas
vs
Metro Government

Please make all checks payable to Briggs & Associates. Thank you!

**Total** $626.55

# BRIGGS & ASSOCIATES
1339 Sydney Terrace
Mt. Juliet, Tennessee 37122
(615)754-4327

# Invoice

| Date | Invoice # |
|---|---|
| 7/29/2010 | JG 216 |

**Bill To**

Sherrard & Roe
John L. Farringer IV
424 Church Street
Suite 2000
Nashville, TN 37219

| Terms | Due Date |
|---|---|
| Net 30 | 8/28/2010 |

| Description | Rate | Qty | Amount |
|---|---|---|---|
| Juana Villegas v. Metropolitan Government of Davidson County/Nashville et al | | | |
| Depositions taken July 20, 2010 | | | |
| Copy of Transcript of Maggie Hernandez | 2.65 | 65 | 172.25 |
| Copy of Transcript of Cirilo Carachure Dealmonte | 2.65 | 72 | 190.80 |

D# REDACTED  Thank you for your business.
A $25 late fee will be applied each month after 60 days

**Total** $363.05

# Legal Video Service of TN
4204 Bayside Lane
Hermitage, TN 37076
(615) 871-4482 Phone   (615) 872-7682 Fax
lvsoftn@bellsouth.net
www.legalvideoservice.biz
Tax ID: REDACTED

July 9, 2011

John Farringer
Sherrard & Roe
150 3rd AVenue South
Suite 1100
Nashville, TN 37201

OLS-16572

*8294-1*

| Invoice Number |
|---|
| 14233 |

Re: Villegas vs Metropolitan Government of Nashville
Case No. 3:09-CV-219
Deposition of Juana Villegas on 6/28/10

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| *Dupe to DVD Per Disc | | 4.00 | 50.00 | 200.00 |
| Other | Over 1 year Archive Fee | 1.00 | 20.00 | 20.00 |
| Shipping | | 1.00 | 15.00 | 15.00 |
| | | Invoice total: | | $235.00 |

Terms are Net due within 30 days of receipt of invoice

Please remit one copy of invoice with Payment. Thank You.