**Beres & Associates**
230 Fourth Avenue North, Suite 503
Post Office Box 190461
Nashville, TN 37219-0461



Date 12/30/2009
Invoice # 2614

**Bill To**
Mr. Phillip F. Cramer
Attorney at Law
424 Church St., Ste. 2000
Nashville, TN 37219

| Description | Amount |
|---|---|
| JUANA VILLEGAS VS. METROPOLITAN GOVERNMENT OF DAVIDSON COUNTY/NASHVILLE DAVIDSON COUNTY SHERIFF'S OFFICE, ETAL. - DECEMBER 17TH AND 18TH, 2009 - DEPOSITIONS OF MATTHEW BARSHAW, DAVID RAY HUMPHRIES AND DAVID PERALTA | |
| Per Diem - All Day December 17 | 200.00 |
| Original of Depositions - Barshaw and Humphries | 770.00 |
| E-Transcript | 50.00 |
| Per Diem - December 18 | 100.00 |
| Original of Transcript - David Peralta | 212.00 |
| E-Transcript | 25.00 |

Please make check payable to James P. Beres. Thank you for your business!

Total  **$1,357.00**

*Beres & Associates*
1-615-742-2550
1-615-742-2551

# Beres & Associates

230 Fourth Avenue North, Suite 503
Post Office Box 190461
Nashville, TN 37219-0461

*Invoice*

Date 1/22/2010
Invoice # 2657

**Bill To**

Mr. Phillip F. Cramer
Attorney at Law
424 Church St., Ste. 2000
Nashville, TN 37219

RECEIVED

JAN 2 7 2010

PFC

| Description | Amount |
|---|---|
| JUANA VILLEGAS VS. METROPOLITAN GOVERNMENT, et al, Depositions of BRANDI MOORE, DANNY DORSEY, MATTHEW BARSHAW, & DANIEL MCCOLLOM, January 12 and 14, 2010. | |
| Per Diem - All day - January 12 and January 14, 2010. | 400.00 |
| Original of Transcripts | 1,244.00 |
| E-Transcripts | 100.00 |

Please make check payable to Jenifer P. Beres. Thank you for your business!

| | Total | $1,744.00 |
|---|---|---|

*Beres & Associates*

1-615-742-2550
1-615-742-2551

**Beres & Associates**
230 Fourth Avenue North, Suite 503
Post Office Box 190461
Nashville, TN 37219-0461



Date 8/4/2010
Invoice # 3121

**Bill To**
Mr. John L. Farringer
Attorney at Law
424 Church Street, Suite 2000
Nashville, Tennessee 37219

| Description | Amount |
|---|---|
| JUANA VILLEGAS VS. METROPOLITAN GOVERNMENT OF DAVIDSON COUNTY/NASHVILLE-DAVIDSON COUNTY SHERIFF'S OFFICE, et al., Depositions of CORLEY TRAVIS PEARSON, THOMAS DAVIS & KEVIN COX, July 22, 2010. | |
| Per Diem - All Day | 200.00 |
| Original of Transcripts | 1,116.00 |

Please make check payable to Jenifer P. Beres. Thank you for your business!

**Beres & Associates**

1-615-742-2550
1-615-742-2551

Total $1,316.00

# Beres & Associates
230 Fourth Avenue North, Suite 503
Post Office Box 190461
Nashville, TN 37219-0461

Date 9/13/2010
Invoice # 3200

**Bill To**

Mr. Phillip F. Cramer
Attorney at Law
424 Church St., Ste. 2000
Nashville, TN 37219

| Description | Amount |
|---|---|
| JUANA VILLEGAS VS. METROPOLITAN GOVERNMET OF DAVIDSON COUNTY/NASHVILLE DAVIDSON COUNTY SHERIFF'S OFFICE, ETAL. - AUGUST 26TH AND 27TH, 2010 - DEPOSITIONS OF KIMBERLY PEERY, RUTH JOYNER, MICHELLE RAY AND SHERIFF DARON HALL | |
| Per Diem - All Day - Both Days | 400.00 |
| Original of Depositions, plus exhibits | 1,348.00 |
| E-Transcript | 100.00 |

Please make check payable to James P. Beres. Thank you for your business!

Total $1,848.00

*Beres & Associates*

1-615-742-2550
1-615-742-2551

IMMIGRATION LAW OFFICES OF ELLIOTT OZMENT IOLTA  1381
Vowell & Jennings, Inc.                            8/31/2010
Funds Held in Trust:Villegas, Juana                           1,032.00

ST – Trust          Inv. 59479                                1,032.00

566850 (6/08)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142037 | 8/12/2010 | 59479 |
| Job Date | Case No. | |
| 7/23/2010 | 3:09-CV-219 | |

| Case Name |
|---|
| Juana Viegas vs. Metro Davidson County |

| Payment Terms |
|---|
| Due upon receipt |

**VJ VOWELL AND JENNINGS**

Elliott Ozment
Immigration Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, TN 37217

| VIDEO SERVICES FOR DEPOSITION OF: | |
|---|---|
| Sheriff Daron Hall | 1,012.50 |
| SALES TAX | 19.50 |
| TOTAL DUE >>> | $1,032.00 |

Thank you for your business!  We now accept major credit cards for your convenience.

ST -- Trust    Inv. 59478                                                   1,356.20

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142183 | 8/12/2010 | 59478 |
| Job Date | Case No. | |
| 7/23/2010 | 3:09-CV-219 | |
| Case Name | | |
| Juana Viegas vs. Metro Davidson County | | |
| Payment Terms | | |
| Due upon receipt | | |

**VJ VOWELL AND JENNINGS**

Elliott Ozment
Immigration Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, TN 37217

ORIGINAL TRANSCRIPT OF:
   Sheriff Daron Hall                                                            1,356.20

                                                   **TOTAL DUE >>>**     $1,356.20

Thank you for your business!   We now accept major credit cards for your convenience.