

# BRADSHAW LITIGATION CONSULTING, LLC
Research • Insight • Strategy

8/23/11

Bill To:
Sherrard & Roe, PLC
Attn: Bill Harbison
150 3rd Avenue South
Suite 1100
Nashville, Tennessee 37201

INVOICE
#11-0623-2

Project: Villegas v. Metro

| Item | Description | Quantity | Rate | Total | Balance |
|---|---|---|---|---|---|
| Consulting | Retainer | 1 | 5000.00 | 5000.00 | 5000.00 |
| | Payment received 6/30/11 | | | -5000.00 | 0 |
| Research | ▮▮▮ | ▮ | ▮ | 1365.00 | 1365.00 |
| | | | | 960.00 | 2325.00 |
| | | | | 18.00 | 2343.00 |
| | | | | 0.00 | 2343.00 |
| | Bradshaw Litigation fee | 1 | 5000.00 | 5000.00 | 7343.00 |
| | Payment received 8/4/11 | | | -2343.00 | 5000.00 |
| Consulting | Final payment | | 3000.00 | 3000.00 | 8000.00 |

Current Balance Due: $8,000.00
Total Cost of Services: $15,343.00

500 E. 4th Street • Suite 105 • Austin, Texas 78701 | Telephone 615.772.5770 | www.bradshawlitigation.com