UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> METROPOLITAN GOVERNMENT ) <br> OF NASHVILLE AND DAVIDSON ) <br> COUNTY, ) <br> ) <br> Defendant. ) | No. 3:09-00219 <br> Chief Judge Haynes |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for U Visa certification (Docket Entry No. 198) is **GRANTED** under 8 U.S.C. § 1101(a)(15)(U)(i)(I)-(IV) as to Plaintiff's claims under 18 U.S.C. § 241 and 18 U.S.C. § 242 and is **DENIED** as to her other claims.

Plaintiff's counsel is to prepare and submit a new I-918 Supplement B in conformity with the Court's ruling for the Court's signature. As to "describing the criminal activity to be investigated and/or prosecuted" in question five under "Part 3. Criminal acts," Plaintiff's counsel is to limit its description to the actual crime alleged and the facts as determined by the Court without further editorializing by Plaintiff's counsel.

It is so **ORDERED**.

ENTERED this the _20m_ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge