IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUANA VILLEGAS, )
)
    Plaintiff, )
)
v. ) No. 3:09-0219
) Chief Judge Haynes
THE METROPOLITAN GOVERNMENT )
OF DAVIDSON COUNTY/NASHVILLE – )
DAVIDSON COUNTY SHERIFF'S )
OFFICE, et al., )
)
    Defendants.

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for attorney's fees and costs, (Docket Entry No. 207), is **GRANTED**. Pursuant to 42 U.S.C. § 1988(c), Plaintiff is **AWARDED** attorneys' fees for Sherrard & Roe in the amount of one million sixty four thousand seven hundred eighty two dollars and fifty cents ($1,064,782.50) and costs and expenses of eighty two thousand three hundred ninety four dollars and fifty one cents ($82,394.51).

Plaintiff is further **AWARDED** attorney fees for Elliot Ozment in the amount of thirty seven thousand seven hundred sixty six dollars ($37,776) in attorney fees and two thousand three hundred thirty three dollars and twenty cents ($2,338.20) in costs.

It is so **ORDERED**.

Entered this the 20th day of September, 2012.

                                          _____
                                          William J. Haynes, Jr.
                                          Chief Judge
                                          United States District Court