OMB No. 1615-0104; Expires 07/31/2012

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-918 Supplement B,
# U Nonimmigrant Status Certification

START HERE - Please type or print in black ink.

## Part 1. Victim information.

| Family Name | Given Name | Middle Name |
|---|---|---|
| Villegas de la Paz | Juana | |

Other Names Used *(Include maiden name/nickname)*
Juana VILLEGAS

Date of Birth *(mm/dd/yyyy)*

Gender: ☐ Male  ☒ Female

## Part 2. Agency information.

Name of Certifying Agency
United States District Court for the Middle District of Tennessee

| Name of Certifying Official | Title and Division/Office of Certifying Official |
|---|---|
| William J. Haynes | Chief United States District Judge |

Name of Head of Certifying Agency
Chief Judge William J. Haynes

| Agency Address - Street Number and Name | Suite # |
|---|---|
| 801 Broadway | A845 |

| City | State/Province | Zip/Postal Code |
|---|---|---|
| Nashville | Tennessee | 37203 |

| Daytime Phone # *(with area code and/or extension)* | Fax # *(with area code)* |
|---|---|
| (615) 736 7217 | none |

Agency Type
☒ Federal   ☐ State   ☐ Local

Case Status
☐ On-going   ☐ Completed   ☒ Other: Pending

Certifying Agency Category
☒ Judge   ☐ Law Enforcement   ☐ Prosecutor   ☐ Other:

| Case Number | FBI # or SID # *(if applicable)* |
|---|---|
| 3:09-cv-219 | n/a |

### For USCIS Use Only.

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |
| Remarks | |

## Part 3. Criminal acts.

1. The applicant is a victim of criminal activity involving or similar to violations of one of the following Federal, State or local criminal offenses. *(Check all that apply.)*

| | | | |
|---|---|---|---|
| ☐ Abduction | ☐ Female Genital Mutilation | ☐ Obstruction of Justice | ☐ Slave Trade |
| ☐ Abusive Sexual Contact | ☐ Hostage | ☐ Peonage | ☐ Torture |
| ☐ Blackmail | ☐ Incest | ☐ Perjury | ☐ Trafficking |
| ☐ Domestic Violence | ☐ Involuntary Servitude | ☐ Prostitution | ☐ Unlawful Criminal Restraint |
| ☐ Extortion | ☐ Kidnapping | ☐ Rape | ☐ Witness Tampering |
| ☐ False Imprisonment | ☐ Manslaughter | ☐ Sexual Assault | ☒ Related Crime(s) |
| ☐ Felonious Assault | ☐ Murder | ☐ Sexual Exploitation | ☒ Other: *(If more space needed, attach seperate sheet of paper.)* |
| ☐ Attempt to commit any of the named crimes | ☐ Conspiracy to commit any of the named crimes | ☐ Solicitation to commit any of the named crimes | 18 USC 241, 242 |

## Part 3. Criminal acts. *(Continued.)*

2. Provide the date(s) on which the criminal activity occurred.

   Date *(mm/dd/yyyy)*: `07/05/2008 - 07/10/08`

   Date *(mm/dd/yyyy)*:

   Date *(mm/dd/yyyy)*:

   Date *(mm/dd/yyyy)*:

3. List the statutory citation(s) for the criminal activity being investigated or prosecuted, or that was investigated or prosecuted.

   `18 USC 241, 242. See Attachments A - C.`

4. Did the criminal activity occur in the United States, including Indian country and military installations, or the territories or possessions of the United States? ☒ Yes ☐ No

   a. Did the criminal activity violate a Federal extraterritorial jurisdiction statute? ☐ Yes ☒ No

   b. If "Yes," provide the statutory citation providing the authority for extraterritorial jurisdiction.

   c. Where did the criminal activity occur?

   `Nashville, Davidson County, Tennessee, USA`

5. Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the individual named in Part 1. Attach copies of all relevant reports and findings.

   `18 USC 242 - Deliberate indifference to deprivation of constitutional rights under law by (a) shackling during the final stages of active labor and post-partum recovery; and (b) denial of a breast pump. 18 USC 241 - Conspiracy to commit same based on DCSO policy. See Attachment A, Memorandum Opinion, Docket Entry 244 at 8-10. See also Attachment B, Order of Court, Docket Entry 245; and Attachment C, Memorandum Opinion, Docket Entry 119-1 at 34-35.`

6. Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

   `See Attachment D, Declaration of Dr. Jill DeBona, Docket Entry 94-3; Attachment E, Declaration of Dr. Sandra Torrente, Docket Entry 94-4; and Attachment F, Jury Verdict Form, Docket Entry 192.`

## Part 4. Helpfulness of the victim.

The victim (or parent, guardian or next friend, if the victim is under the age of 16, incompetent or incapacitated.):

1. Possesses information concerning the criminal activity listed in Part 3. ☒ Yes ☐ No

2. Has been, is being or is likely to be helpful in the investigation and/or prosecution of the criminal activity detailed above. *(Attach an explanation briefly detailing the assistance the victim has provided.)* ☒ Yes ☐ No

3. Has not been requested to provide further assistance in the investigation and/or prosecution. *(Example: prosecution is barred by the statute of limitation.) (Attach an explanation.)* ☐ Yes ☒ No

4. Has unreasonably refused to provide assistance in a criminal investigation and/or prosecution of the crime detailed above. *(Attach an explanation.)* ☐ Yes ☒ No

| Part 4. Helpfulness of the victim. (Continued.) |
| --- |

5. Other, please specify.

| Part 5. Family members implicated in criminal activity. |
| --- |

1. Are any of the victim's family members believed to have been involved in the criminal activity of which he or she is a victim?  ☐ Yes  ☒ No

2. If "Yes," list relative(s) and criminal involvement. *(Attach extra reports or extra sheet(s) of paper if necessary.)*

| Full Name | Relationship | Involvement |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Part 6. Certification. |
| --- |

I am the head of the agency listed in Part 2 or I am the person in the agency who has been specifically designated by the head of the agency to issue U nonimmigrant status certification on behalf of the agency. Based upon investigation of the facts, I certify, under penalty of perjury, that the individual noted in Part 1 is or has been a victim of one or more of the crimes listed in Part 3. I certify that the above information is true and correct to the best of my knowledge, and that I have made, and will make no promises regarding the above victim's ability to obtain a visa from the U.S. Citizenship and Immigration Services, based upon this certification. I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the qualifying criminal activity of which he/she is a victim, I will notify USCIS.

Signature of Certifying Official Identified in Part 2.  Date *(mm/dd/yyyy)*

*[signature]* William J. Hayns Jr., USDOJ    11-2-12

Form I-918 Supplement B (Rev. 11/23/10) Y Page 3