IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:09-cv-219 |
| METROPOLITAN | ) Chief Judge Haynes |
| GOVERNMENT OF DAVIDSON | ) |
| COUNTY/NASHVILLE, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION TO SEAL

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an Order sealing and removing from the public docket the documents filed at Docket Entry Nos. 250-1, 198-1. The current docket entries contain private information, including Plaintiff's birthdate, that is not properly stored on the public docket. Redacted versions of each document are attached hereto as Exhibits A and B.

Respectfully Submitted,

/s/ Elliott Ozment

Elliott Ozment (No. 4331)
OZMENT LAW
1214 Murfreesboro Pike
Nashville, TN 37217
(615) 321-8888
elliott@ozmentlaw.com

William L. Harbison (No. 7012)
Phillip F. Cramer (No. 20697)
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
424 Church Street, Suite 2000
Nashville, TN 37219

[Handwritten notation: "OKDSH / This motion is GRANTED. / [signature] / 11-13-12"]