IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANA VILLEGAS, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:09-0219 |
| THE METROPOLITAN GOVERNMENT OF DAVIDSON COUNTY/NASHVILLE -- DAVIDSON COUNTY SHERIFF'S OFFICE, et al., | ) Judge Haynes |
| | ) JURY DEMAND |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that they have reached a resolution and that this case should be dismissed with prejudice with each party bearing its own attorneys' fees and costs. Dismissal shall not affect or otherwise alter this Court's Order and Memorandum dated September 20, 2011, granting Ms. Villegas' motion for U-Visa certification.

It is so **ORDERED**.

**ENTER** this 25th day of October, 2013.

William J. Haynes, Jr.
United States District Judge